**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Steven Zahreas v. Kwame Raoul, et al.  Case Number:

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print): Charles Wm. Dobra

Firm: Charles Wm. Dobra, Ltd.

Street address: 675 E. Irving Park Road, Suite 103

City/State/Zip: Roselle, IL 60172

Bar ID Number: 0647039  Telephone Number: 630-893-2494
(See item 3 in instructions)

Email Address: CWDobra@DobraLaw.ComcastBiz.net

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 31MAY2023

Attorney signature:  S/ Charles Wm. Dobra

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015