**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN ZAHAREAS, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 23-cv-3423 |
| KWAME RAOUL, Illinois Attorney General in his official capacity, *et al.*, | ) ) Judge Martha M. Pacold ) ) Magistrate Judge Heather K. McShain |
| Defendants. | ) |

**DEFENDANTS RAOUL, KELLY, YENCHKO, AND LEAHY'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Kwame Raoul, Attorney General of Illinois; Brendan F. Kelly, Director of the Illinois State Police; Jeffrey Yenchko, Bureau Chief of the Illinois State Police Firearms Bureau; and Elizabeth Leahy, Illinois State Police Firearm Safety Officer Counsel; by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Honorable Court dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for the motion are set forth in Defendants Raoul, Kelly, Yenchko, and Leahy's Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint, which they incorporate by reference.

September 15, 2023

Respectfully submitted,

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

*Counsel for Defendants Raoul*
*Kelly, Yenchko & Leahy*