C00075

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN ZAHAREAS,<br>    Plaintiff | ) Case No. 1:23-cv-03423<br>)<br>)    Judge: M. Pacold<br>) |
| v. | )<br>)    Magistrate: H. McShain<br>) |
| KWAME RAOUL, Illinois Attorney General, in his official capacity; BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; JEFFREY YENCHKO, in is official capacity as Bureau Chief of the Illinois State Police Firearms Bureau, ELIZABETH LEAHY, in her official capacity as Illinois State Police Firearm Safety Officer Counsel, and JOSE G. CENTENO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER REGARDING PLAINTIFF'S UNAPPOSED MOTION
## TO EXPAND BRIEF PAGE LIMIT

THIS CAUSE having come on before the Court on Plaintiff's Unopposed Motion to Expand Brief Page Limit; and the Court being advised in the premises,

ORDER AS FOLLOWS:

A. Plaintiff's unopposed motion is granted; Plaintiff's Responses to the motions to dismiss by Defendant RAOUL and CENTENO are deemed filed effective October 27, 2023 in conformity with the Court's previous Minute Order [Doc #39].

ENTERED: October 23, 2023

 

                                                              _____
                                                              Hon. Martha M. Pacold
                                                              United States District Judge

**Charles Wm. Dobra, Esq.**
CHARLES WM. DOBRA, LTD.
Attorney at Law
675 East Irving Park Road, Suite 103
Roselle, Illinois 60172

Tel. (630)893-2494
Fax. (630)893-2497
Email: CWDobra@DobraLaw.ComcastBiz.net
ARDC: #0647039/Kane County
Du Page County: 29320
Cook County: 26755
Winnebago: 8219

**Facsimile Service in Compliance with**
**Federal Rules will be accepted at:**
**(630)893-2497**