C00073

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN ZAHAREAS, ) | |
| ) | Case No.:1-23-CV-03423 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KWAME RAOUL, Illinois Attorney ) | Assigned Judge: |
| General, in his official capacity, ) | Hon. Martha M. Pacold |
| BRENDAN F. KELLY, in his official ) | |
| capacity as the Director of the Illinois State ) | Designated Magistrate |
| Police; JEFFREY YENCHKO, in his, ) | Judge: |
| official capacity as Bureau Chief of the ) | Hon. Heather K. McShain |
| Illinois State Police Firearms Bureau, ) | |
| ELIZABETH LEAHY, in her official ca- ) | |
| pacity as Illinois State Police Firearm ) | |
| Safety Office Counsel and JOSE G. ) | |
| CENTENO ) | |
| Defendants ) | |

**UNOPPOSED MOTION TO EXPAND BRIEF PAGE LIMIT - AMENDED**

NOW COMES the Plaintiff, Steven Zahareas, by and through his attorney, CHARLES WM. DOBRA, LTD., and pursuant to Local Rule 7.1, moves to exceed the 15 page limit; and in support of the same, avers as follows:

1. Defendant RAOUL filed a motion to dismiss Plaintiff's complaint; that motion was 16 pages in length.

2. Defendant CENTENO also filed a motion to dismiss Plaintiff's complaint, albeit the same is styled as a memorandum; that motion was 30 pages in length.

3. By minute order [Doc #29] dated October 16, 2023, this Court allowed Plaintiff until October 27, 2023 to file a Reply to both motions.

4. Plaintiff has drafted a response to RAOUL'S motion to dismiss; said reply is 16 pages in length; a copy of the same attached hereto as Ex. "A" and made part hereof by

incorporation.

5. Plaintiff has drafted a response to CENTENO's motion to dismiss; said reply is 17 pages in length; a copy of the same is attached hereto as Ex. "B" and made part hereof by incorporation.

6. Given the lengths of the pleadings previously submitted by RAOUL and CENTENO, this Court should allow the filing of Plaintiff's reply to the respective motions to dismiss effective October 27, 2023.

7. It is perceived that by doing so, that a modification of the previously referenced Minute Order granting RAOUL and CENTENO until November 17, 2023 in which to file a Reply, if any, would not be necessary.

WHEREFORE, Plaintiff prays that the Court allow the filing of his Responses to the RAOUL and CENTENO motions to dismiss effective October 27, 2023, and that Plaintiff have such other and further relief as the Court may find just and proper in the premises.

Respectfully Submitted,

Steven Zahareas

By: CHARLES WM. DOBRA, LTD.

By: */s/ Charles Wm. Dobra*
His Attorney

**Charles Wm. Dobra, Esq.**

CHARLES WM. DOBRA, LTD.
Attorney at Law
675 East Irving Park Road, Suite 103
Roselle, Illinois 60172
Tel. (630)893-2494
Fax. (630)893-2497
Email: CWDobra@DobraLaw.ComcastBiz.net
ARDC: #0647039/Kane County
Du Page County: 29320

2

Cook County: 26755
Winnebago: 8219

**Facsimile Service in Compliance with
Federal Rules will be accepted at:
(630)893-2497**

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that this document was served by causing a copy to be sent by Electornic Mail, to all attorneys of record at their respective electronic mail address(es) as disclosed by the pleadings, and transmitting the same on October 25, 2023, and through the Court's electronic mail system.

                              */s/ Charles Wm. Dobra*
                              _____
                              Charles Wm. Dobra