IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ZAHAREAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-3423 |
| | ) | |
| KWAME RAOUL, Illinois Attorney General in his official capacity; BRENDAN F. KELLY, in his official capacity as the Director of the Illinois State Police; JEFFREY YENCHKO, in his official capacity as the Bureau Chief of the Illinois State Police Firearms Bureau; ELIZABETH LEAHY, in her official capacity as Illinois State Police Firearm Safety Officer Counsel; and JOSE G. CENTENO, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Martha M. Pacold

Magistrate Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS RAOUL, KELLY, YENCHKO, AND LEAHY'S UNOPPOSED MOTION TO WITHDRAW THEIR MOTION TO DISMISS AND SET DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**

Defendants Kwame Raoul, Attorney General of Illinois; Brendan F. Kelly, Director of the Illinois State Police; Jeffrey Yenchko, Bureau Chief of the Illinois State Police Firearms Bureau; and Elizabeth Leahy, Illinois State Police Firearm Safety Officer Counsel (the "State Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, hereby move to withdraw their Motion to Dismiss Plaintiff's Complaint and set a deadline of February 15, 2024, to answer Plaintiff's Complaint. In support of this unopposed motion, the State Defendants state as follows:

1. The State Defendants filed a motion to dismiss Plaintiff's complaint and supporting memorandum on September 15, 2023. ECF Nos. 25-26. In that motion, the State Defendants

argued that Plaintiff's claim was not ripe based on their understanding that Plaintiff had not appealed the decision to revoke his Firearm Owner Identification Card ("FOID Card"). ECF No. 26 at 5-9 & 10-14.

2. Plaintiff filed his response to the State Defendants' motion to dismiss on November 2, 2023, in which he asserted that he had appealed the decision to revoke his FOID Card. ECF No. 38 at 5-7. After receiving Plaintiff's response, the State Defendants were able to locate records maintained by the FOID Card Review Board showing that Plaintiff did in fact submit an appeal. Because the FOID Card Review Board is a separate entity from the Illinois State Police ("ISP"), the appeal did not appear in ISP's records. ISP believed that no appeal had been filed until it received Plaintiff's response to the State Defendants' motion to dismiss Plaintiff's complaint.

3. Due to Plaintiff's appeal, the State Defendants will not be pursuing the ripeness argument made in their motion to dismiss. While the State Defendants' motion to dismiss also raised other arguments relating to Plaintiff's other claims, the State Defendants believe that it will promote judicial economy to raise those arguments on summary judgment instead of pursuing a partial motion to dismiss.

4. As such, the State Defendants request to withdraw their motion to dismiss in its entirety, while reserving their right to raise any arguments made in the motion to dismiss at summary judgment. The State Defendants also request that this Court set a deadline of February 15, 2024, to answer Plaintiff's complaint.

5. This extended deadline is appropriate because counsel for the State Defendants is scheduled to present several experts for depositions in another matter in December and is then scheduled to begin a jury trial on January 29, 2024.

6. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, for the foregoing reasons, the State Defendants respectfully request that this Court grant their unopposed motion to withdraw their motion to dismiss Plaintiff's complaint and set a deadline of February 15, 2024, for the State Defendants to file their answer to Plaintiff's complaint.

December 5, 2023

Respectfully submitted,

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-4417
Mary.johnston@ilag.gov

*Counsel for Defendants Raoul Kelly, Yenchko & Leahy*