## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Steven Zahareas

                Plaintiff,

v.                                     Case No.: 1:23–cv–03423
                                                    Honorable Martha M. Pacold

Kwame Raoul, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' (Brendan F. Kelley, Elizabeth Leahy, Kwame Raoul, and Jeffrey Yenchko) unopposed motion to withdraw their motion to dismiss [42] is granted. Defendants Kelley, Leahy, Raoul, and Yenchko's motion to dismiss [25] is withdrawn. These four defendants have until 2/15/24 to file their answer to plaintiff's complaint. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.