### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Steven Zahareas

                          Plaintiff,

v.                                                                       Case No.: 1:23–cv–03423
                                                                          Honorable Martha M. Pacold

Kwame Raoul, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument on defendants' motions to dismiss [24], [51], and plaintiff's motion for leave to file sur–reply [45] held on 7/17/2024. Defendant Centeno's motion to dismiss [24] is denied as moot without prejudice to the renewal of any arguments in Centeno's forthcoming amended motion to dismiss; the court does not reach the merits of the arguments in the motion [24]. Plaintiff's motion for leave to file sur–reply [45] is denied as moot. Defendants Raoul, Kelly, Yenchko, and Leahy's motion to dismiss plaintiff's complaint as moot [51] remains under advisement. Defendants will produce the videos to plaintiff's counsel, but all other discovery will be stayed. Defendant Centeno's amended motion to dismiss is due by 8/16/2024. Defendant is given leave to file a brief up to 35 pages in length. Plaintiff's response is due by 9/6/2024. Defendant's reply is due by 9/20/2024. Oral argument on Defendant Centeno's amended motion to dismiss and Defendants Raoul, Kelly, Yenchko, and Leahy's motion to dismiss plaintiff's complaint as moot [51] is continued to 11/4/2024 at 10:00 a.m. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.