IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ZAHAREAS, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Case No.: 1:23-CV-003423 |
| vs. ) | |
| ) | Honorable Martha M. Pacold |
| KWAME RAOUL, Illinois Attorney ) | |
| General, in his official capacity, ) | |
| BRENDAN F. KELLY, in his official, ) | |
| Capacity as the Director of the Illinois ) | |
| State Police, JEFFREY YENCHKO, in ) | |
| His official capacity as Bureau Chief of ) | |
| The Illinois State Police Firearms ) | |
| Bureau, ELIZABETH LEAHY, in her ) | |
| Official capacity as Illinois State Police ) | |
| Firearm Safety Office Counsel and JOSE ) | |
| G. CENTENO, ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

**UNOPPOSED MOTION FOR**
**ENTRY OF CONFIDENTIALITY PROTECTIVE ORDER**

NOW COMES DEFENDANT, JOSE G. CENTENO, by and through his attorneys, KLEIN, THORPE AND JENKINS, LTD., and respectfully moves this Honorable Court for entry of Defendant Centeno's "Agreed Confidentiality Order" and states in support of its motion as follows:

    1.    The undersigned counsel has submitted a proposed agreed Confidentiality Protective Order agreed to between the parties to the Court's proposed orders email address pursuant to the Court's standing order.

    2.    Counsel for all parties have reviewed and agreed to the language in the attached proposed order and agreed with this request to the Court to enter the order. Confidentiality is

necessary for these specific categories of documents enumerated in the order because the information is of a personal, private nature and concerns financial records, tax returns, personal identity information, potential criminal investigative information, and employment information that each party to this litigation has deemed worthy of a protective order.

3. Entry of the order will expedite discovery in this case and will allow for more robust production without the need for extensive redaction.

4. Counsel will email redlined and clean versions of the proposed Agreed Confidentiality Protective Order in Word format to the Court's Proposed Order email address pursuant to the Court's standing order.

**WHEREFORE**, Defendant, JOSE G. CENTENO, respectfully requests that this Court enter Defendant's proposed Agreed Confidentiality Order and for such further relief the Court deems just and proper.

        Respectfully submitted,
        On behalf of Jose G. Centeno

        By: */s/ Daniel W. Bourgault*
            Attorney for Defendant

Anthony G. Becknek (agbecknek@ktjlaw.com)
Daniel W. Bourgault (dwbourgault@ktjlaw.com)
Klein, Thorpe & Jenkins, Ltd.
120 S. LaSalle Street, Suite 1710
Chicago, Illinois 60603
(312) 984-6400