# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Steven Zahareas

                Plaintiff,

v.                                             Case No.: 1:23−cv−03423
                                                     Honorable Martha M. Pacold

Kwame Raoul, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument held on 11/4/2024 regarding the pending motion to dismiss [68]. For the reasons stated on the record, the motion to dismiss [68] is granted. Plaintiff is given leave to file his amended complaint by 12/19/2024. Any responses are due on 1/16/2025.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.